1  JULIEN SWANSON (SBN 193957)
   AUSTIN LAW GROUP
2  799 Castro Street
3  San Francisco, California 94114
   Tel: (415) 282.4511
4  Fax: (415) 282.4536
   swanson@austinlawgroup.com
5

6
   Attorney for Plaintiff
7  MALCOLM SHERWOOD

8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11  | MALCOLM SHERWOOD | Case No. 3:17-cv-5516 - EDL |

12  |                  | **NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT; REQUEST FOR RETENTION OF JURISDICTION OVER TERMS OF SETTLEMENT AGREEMENT; [Proposed ORDER]** |

Plaintiff,

v.

INTERSEC INTERACTIVE INC., a New York Corporation; DANIEL INTRAUB; BRETT SCOTT; DOES 1-100

Defendants.

NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT

Plaintiff MALCOLM SHERWOOD, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby requests a Court Order, in part, dismissing all causes of action in the complaint against defendants INTERSEC INTERACTIVE INC., a New York Corporation; DANIEL INTRAUB; BRETT SCOTT; and DOES 1-100, without prejudice.

REQUEST THAT THE COURT RETAIN JURISDICTION OVER
THE SETTLEMENT AGREEMENT DATED DECEMBER 19, 2017

The parties have entered into a written settlement agreement dated December 19, 2017.  Plaintiff respectfully requests that the Court by its own order, retain jurisdiction over the December 19, 2017

Plaintiff's Dism. And Req. for Continued Jurisdictionint for Damages
*Sherwood v Intersec et al* - Case No. 3:17-cv-5516
Page 1

settlement agreement and the enforcement thereof.  On complete performance of the settlement agreement, Plaintiff will request the Court terminate jurisdiction over the enforcement of and terms of the settlement in this case.

DATED: December 21, 2017                    Respectfully submitted,

                                            By:   */s/ Julien Swanson*
                                                  Julien Swanson, Esq.
                                                  Attorney for Plaintiff

### [Proposed] ORDER

The above case is dismissed in its entirety, without prejudice, however the Court shall by this order, retain jurisdiction over the enforcement and terms of the parties' written settlement agreement dated December 19, 2017.   The parties shall bear their own costs and attorneys fees to date.

Plaintiff is to file a request to terminate the Court's jurisdiction when the Parties performance of the settlement agreement is completed.

**IT IS SO ORDERED.**

DATED: December ____, 2017

                                            _____
                                            Honorable Magistrate Judge
                                            Elizabeth D. Laporte

Plaintiff's Dism. And Req. for Continued Jurisdictionint for Damages
*Sherwood v Intersec et al* - Case No.  3:17-cv-5516
Page 2