UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM SHERWOOD,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERSEC INTERACTIVE, INC., et al.,<br><br>    Defendants. | Case No.17-cv-05516-EDL<br><br>**ORDER DIRECTING PLAINTIFF TO FILE COPY OF SETTLEMENT AGREEMENT UNDER SEAL**<br><br>Re: Dkt. No. 9 |

On December 21, 2017, Plaintiff filed a notice of voluntary dismissal and a request that the Court enter an order dismissing the case and retaining jurisdiction over the parties' settlement agreement. Dkt. No. 9. To assist in the Court's review of the request, Plaintiff is ordered to file a copy of the settlement agreement under seal by no later than January 9, 2018.

**IT IS SO ORDERED.**

Dated: January 5, 2018

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge